UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-100-FVS-3 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION AND |
| | ) | SETTING CONDITIONS |
| v. | ) | OF RELEASE |
| | ) | |
| ANGELA OLVEDA, | ) | ☑ Motion Granted |
| | ) | **(ECF No. 280)** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Date of Motion hearing: September 20, 2012, by video conference.

   **IT IS ORDERED** that the release of the Defendant is subject to the following:

**STANDARD CONDITIONS OF RELEASE**

**(1)**    Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

**(2)**    Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**(3)**    Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**(4)**    Defendant shall sign and complete A.O. 199C before being released and shall reside at the addressed furnished.

**(5)**    Defendant shall not possess a firearm, destructive device or other dangerous weapon.

ORDER SETTING CONDITIONS OF RELEASE   - 1

**(6)**    Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**(7)**    Defendant shall contact defense counsel at least once a week.

**(8)**    Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**(9)**    Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

### SUBSTANCE ABUSE EVALUATION AND TREATMENT

If Defendant is required to submit to a substance abuse evaluation, inpatient or outpatient treatment, the following shall apply:

Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. If Defendant fails in any way to comply or cooperate with the requirements and rules of a treatment program, Pretrial Services shall notify the court and the U.S. Marshal, who will be directed to immediately arrest the Defendant.

Defendant shall participate in one or more of the following treatment programs:

**(10)**    **Inpatient Treatment:** Defendant shall participate in an intensive inpatient treatment program.

**Defendant will be released to COMMUNITY DETOX, an agent of the inpatient program on September 28, 2010 at 10:00 a.m. for transport to PIONEES CENTER EAST for treatment.**

**(11)**    Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat

ORDER SETTING CONDITIONS OF RELEASE  - 2

patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor. Treatment shall not interfere with Defendant's court appearances.

**GPS MONITORING**

**(12)    GPS Monitoring:** The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based up ability to pay as determined by the U.S. Probation Office.

DATED September 20, 2012.


                    S/ MIKEL H. WILLIAMS
                 UNITED STATES MAGISTRATE JUDGE

ORDER SETTING CONDITIONS OF RELEASE  - 3