Case 2:11-cr-00100-SAB   Document 458   Filed 08/25/15

PROB 12C
(7/93)

Report Date: August 25, 2015

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 25, 2015**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Angela Olveda                     Case Number: 0980 2:11CR00100-FVS-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: January 4, 2013

| | |
|---|---|
| Original Offense: | Attempting to Pass Counterfeit Currency, 18 U.S.C. § 472 and 2 |
| Original Sentence: | Prison 15 months; TSR - 36 months |
| Asst. U.S. Attorney: | Earl A. Hicks |
| Defense Attorney: | Richard D. Wall |

Type of Supervision: Supervised Release

Date Supervision Commenced: August 19, 2013

Date Supervision Expires: August 18, 2016

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1          **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

           **Supporting Evidence**: On August 3, 2015, Angela Olveda submitted to urine drug testing which indicated a positive result for opiates and amphetamines.  At the time of the test, Ms. Olveda admitted to taking oxycodone that was not prescribed to her, but she denied the use of amphetamines.  The sample was sent to the laboratory for confirmation testing which returned a positive result for methamphetamine.

2          **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

           **Supporting Evidence:** On July 28, 2015, Angela Olveda failed to report for urine drug testing.

Prob12C
**Re: Olveda, Angela**
**August 25, 2015**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/25/2015

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

s/Fred Van Sickle

Signature of Judicial Officer

August 25, 2015

Date