PROB 12C
(7/93)

Report Date: January 28, 2016

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2016

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Angela Olveda                Case Number: 0980 2:11CR00100-SAB-3

Address of Offender:                           Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 4, 2013

Original Offense:       Attempting to Pass Counterfeit Currency, 18 U.S.C. § 472 and 2

Original Sentence:      Prison 15 months; TSR - 36        Type of Supervision: Supervised Release
                        months

Asst. U.S. Attorney:    Earl A. Hicks                     Date Supervision Commenced: August 19, 2013

Defense Attorney:       Meredith Esser                    Date Supervision Expires: August 18, 2016

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On December 16, 2015 and January 12, 2016, Ms. Olveda submitted, in writing, a false statement wherein she denied use of illegal controlled substances. Laboratory tests taken that day confirmed the use of illegal controlled substances. |
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On December 16, 2015, Ms. Olveda tested positive for the use of methamphetamine and hydrocodone. On December 21, 2015, Ms. Olveda admitted, in writing, to the use of methamphetamine and illegal opiate pills. On January 4, 2016, Ms. Olveda tested positive for the use of morphine. On January 12, 2016, Ms. Olveda tested positive for the use of methamphetamine and oxycodone. |

Prob12C
**Re: Olveda, Angela**
**January 28, 2016**
**Page 2**

    3    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On December 11, 2015 and December 28, 2015, Ms. Olveda failed to report for urine drug testing.

    4    **Special Condition # 20**: You shall complete 100 hours of community service work, at the rate of not less than 40 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than December 30, 2015.

        **Supporting Evidence**: As of January 28, 2016, Ms. Olveda has failed to provide proof of the completion of any community service hours.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/28/2016

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[XX] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/29/2016

Date