PROB 12C
(7/93)

Report Date: February 19, 2016

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2016

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Angela Olveda | Case Number: 0980 2:11CR00100-SAB-3 |
| Address of Offender: | Moses Lake, Washington 98837 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 4, 2013

Original Offense:   Attempting to Pass Counterfeit Currency, 18 U.S.C. § 472 and 2

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 15 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: August 19, 2013 | |
| Defense Attorney: | Meredith Esser | Date Supervision Expires: August 18, 2016 | |

### PETITIONING THE COURT

   **To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/28/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On February 16, 2016, Angela Olveda admitted, in writing, to the use of marijuana.  She further admitted to testing staff that she had been using marijuana daily for 2 weeks. |
| 6 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Angela Olveda failed to report for intensive outpatient substance abuse treatment as directed on February 9, 10, and 11, 2016. |

Prob12C
Re: **Olveda, Angela**
February 19, 2016
Page 2

    7    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Angela Olveda failed to report for urine drug testing, as instructed, on February 12, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/19/2016

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[xx] Defendant to appear before the Magistrate Judge.
[ ] Other

_/s/ Stanley A. Bastian_
Signature of Judicial Officer

2/19/2016
Date