PROB 12C
(6/16)

Report Date: July 21, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Angela Olveda          Case Number: 0980 2:11CR00100-SAB-3

Address of Offender:                    Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 4, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Attempting to Pass Counterfeit Currency, 18 U.S.C. § 472 and 2 | | |
| Original Sentence: | Prison - 15 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: March 24, 2016 | Prison - 3 months; TSR - 33 months | | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | May 18, 2016 |
| Defense Attorney: | Robert R. Fischer | Date Supervision Expires: | February 17, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.
|   | **Supporting Evidence**: As of July 20, 2016, Angela Olveda has failed to complete a substance abuse evaluation as directed by the U.S. Probation officer. |
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: On July 18, 2016, Angela Olveda failed to report for urine drug testing as directed. |

Prob12C
**Re: Olveda, Angela**
**July 21, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/21/2016

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[  ]  No Action
[XX]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  Other

Signature of Judicial Officer

7/22/2016
Date