PROB 12C
(6/16)

Report Date: December 13, 2017

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Angela Olveda | Case Number: | 0980 2:11CR00100-SAB-3 |

Address of Offender: , Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 4, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Attempting to Pass Counterfeit Currency, 18 U.S.C. § 472 and 2 | | |
| Original Sentence: | Prison 15 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: March 24, 2016 | Prison - 3 months, TSR - 33 months | | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | May 18, 2016 |
| Defense Attorney: | Robert R. Fischer | Date Supervision Expires: | February 17, 2019 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/21/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On May 25, 2016, this officer reviewed the conditions of supervision with Ms. Olveda, including mandatory condition number 2.<br><br>On March 27, 2017, Angela Olveda was charged with theft 3rd degree, Grant County District Court, docket number G170209CC. A warrant was issued on June 29, 2017, when she failed to appear in court. The warrant remains outstanding. |

    4    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

    **Supporting Evidence**: On May 25, 2016, this officer reviewed the conditions of supervision with Ms. Olveda, including mandatory condition number 2.

    On May 15, 2017, Angela Olveda was convicted of theft of a motor vehicle, class B felony, Grant County Superior Court, docket number 17-1-0000195-6. She was sentenced to 13 months custody and 13 months community supervision.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 13, 2017

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*
Signature of Judicial Officer

12/18/17
Date